

ORIGINAL

FILED

06/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0011

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0011

STATE OF MONTANA,

Plaintiff,

vs.

MICHAEL JAY MURPHY,

Defendant.

FILED

JUN 1 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Defendant Michael Jay Murphy, via counsel, has filed a Motion to Disqualify and Request to Recuse and an affidavit in support to disqualify the Honorable John W. Parker from presiding in Cause No. DDC-20-122 in the Eighth Judicial District Court, Cascade County, pursuant to §§ 3-1-803, and 3-1-805, MCA, and M. C. Jud. Cond. 2.12(A)(1), (5).

Murphy alleges that Judge Parker should be recused or disqualified from this matter because Judge Parker personally prosecuted Murphy in two previous cases and personally appeared at substantive hearings in DDC-05-0459 and BDC-05-407 when he served as Cascade County Deputy County Attorney. Murphy alleges that the appearance of Judge Parker's impartiality can be questioned and that he believes he cannot get a fair trial or, if convicted, sentencing hearing in the current matter because of knowledge and interest Judge Parker gained as a prosecutor against him.

Having reviewed Murphy's filing in this matter, the Court believes it is appropriate to allow Judge Parker to respond to this pleading.

IT IS THEREFORE ORDERED that Hon. John W. Parker is granted twenty days from the date of this Order to prepare, file, and serve a response to Murphy's Motion to Disqualify and Request to Recuse.

The Clerk is directed to provide copies of this Order to all counsel of record in Cause No. DDC-20-122 and to the Honorable John W. Parker.

DATED this 12th day of June, 2020.

_____
Chief Justice

2